UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| F., by and through his parents, **MARY** and **TOM FASNACHT**, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:08CV1576-DJS ) |
| **MISSOURI STATE BOARD OF EDUCATION, et al.,** | ) ) ) |
| Defendants. | ) |

### ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Count IV of plaintiff F.'s complaint is dismissed as to defendants Missouri Board of Education, Missouri Department of Elementary and Secondary Education, and State Schools for the Severely Handicapped.

Dated this ___18th___ day of August, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE